UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**
July 30, 2012
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> ALLEN DWAYNE REESE, ) <br> ) <br> Defendant. ) | Case No. 2:06-cr-00399-GEB <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release ALLEN DWAYNE REESE, Case No. 2:06-cr-00399-GEB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

__X__   Release on Personal Recognizance

_____   Bail Posted in the Sum of:  $.

    _____   Co-Signed Unsecured Appearance Bond

    _____   Secured Appearance Bond

__X__   (Other) <u>Conditions as stated on the record.</u>

_____   (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  7/30/2012  at  3:05

By  _/s/ Edmund F. Brennan_

Edmund F. Brennan
United States Magistrate Judge