DANIEL J. BRODERICK, Bar #89424
Federal Defender
Lexi Negin, Bar #250376
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
ALLEN DWAYNE REESE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR-S-06-399 GEB |
| Plaintiff, | |
| v. | **STIPULATION AND PROPOSED ORDER TO VACATE HEARING** |
| ALLEN DWAYNE REESE, | |
| Defendant. | |

It is hereby stipulated and agreed to between the United States of America through Matthew Segal, Assistant U.S. Attorney, and defendant Allen Dwayne Reese, by and through his counsel, Lexi Negin, Assistant Federal Defender, that the revocation of supervised release hearing scheduled for Friday, September 21, 2012, be vacated.

The reason for this agreement to vacate is that the probation officer originally filed a violation petition with the court due to Mr. Reese not being responsive to the probation officer. Upon his arrest, Mr. Reese and the probation officer discussed the situation and agreed that if Mr. Reese would be responsive to and compliant with supervision for the remainder of his supervision, the probation officer would recommend his release and allow the revocation hearing to be vacated. Mr. Reese was released and has complied with his terms of supervision and been responsive to the probation officer. Thus, the probation officer and the parties agree there is no need to come before the Court at this time. The probation officer will immediately bring to the Court's attention any violations or nonresponsiveness on Mr. Reese's behalf

1  and request the Court set the matter for a hearing.

2  Therefore, it is agreed that the hearing scheduled for Friday, September 21, 2012, be vacated.

3  A proposed order is attached and lodged separately for the court's convenience.

5  DATED: September 19, 2012

6  Respectfully submitted,

7  BENJAMIN B. WAGNER                         DANIEL J. BRODERICK
   United States Attorney                     Federal Defender

9   /s/ Lexi Negin for                         /s/Lexi Negin
   MATTHEW SEGAL                              LEXI NEGIN
   Assistant U.S. Attorney                    Assistant Federal Defender
10 Attorney for United States                 Attorney for Defendant
                                              ALLEN DWAYNE REESE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR-S-06-399 GEB |
| Plaintiff, ) | **PROPOSED ORDER TO VACATE HEARING** |
| v. ) | |
| ALLEN DWAYNE REESE, ) | |
| Defendant. ) | |

For the reasons set forth in the stipulation of the parties, filed on September 19, 2012, IT IS HEREBY ORDERED that the hearing currently scheduled for Friday, September 21, 2012, is vacated.

Dated: September 19, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1